UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BOOTH #258291,

    Plaintiff,                               Hon. Phillip J. Green

v.                                           Case No. 1:22-cv-348

UNKNOWN ARTIS, et al.,

    Defendants.

_____/

## **JUDGMENT**

Consistent with the Opinion filed this day, Defendants' Motion for Summary Judgment, (ECF No. 14), is granted and this matter is terminated. Furthermore, the Court finds that an appeal of this matter by Plaintiff would not be in good faith.

**IT IS SO ORDERED**.

Date: February 11, 2023                         /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge